| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>WARDLAW, KIM M. | 2. Court or Organization<br><br>NINTH CIRCUIT COURT OF APPEALS | 3. Date of Report<br><br>08/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. COURT OF APPEALS<br>125 S. GRAND AVENUE<br>PASADENA, CA 91105 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board member | ▨ |
| 2. | Board member | ▨ |
| 3. | Advisory member | ▨ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Stanford Law School | February 2, 2011 | Stanford, CA | Moot Court Competition | Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA | | | | | | | | | |
| 2. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | D | Dividend | N | T | | | | | |
| 3. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD CL F2 (WGIFX | E | Dividend | N | T | | | | | |
| 4. AMERICAN FUNDS NEW PERSPECTIVE FUND CLF2 (ANWFX) | D | Dividend | O | T | | | | | |
| 5. AMERICAN FUNDS NEW PERSPECTIVE FUND CLF2 (ANWFX) | | | | | Sold (part) | 8/2/11 | J | A | |
| 6. AMERICAN FUNDS NEW PERSPECTIVE FUND CLF2 (ANWFX) | | | | | Sold (part) | 10/26/11 | J | A | |
| 7. SSGA US GOV MONEY MARKET FUND (SSGXX) | | | J | T | | | | | |
| 8. TRUST #1 | | | | | | | | | |
| 9. Citibank Money Market Act | A | Interest | K | T | | | | | |
| 10. ____ Pension Acct. (IRA) | | | | | | | | | |
| 11. Abbott Labs Com Stock | A | Dividend | K | T | | | | | |
| 12. American Express Com Stock | A | Dividend | K | T | Buy | 10/20/11 | K | | |
| 13. Amgen Inc. Com Stock | | None | | | Sold | 1/26/11 | K | A | |
| 14. Anadarko Petroleum Com Stock | | None | | | Sold | 1/5/11 | K | E | |
| 15. Apache Corp Com Stock | A | Dividend | K | T | Buy | 1/28/11 | K | | |
| 16. Apple Corp Com Stock | | None | K | T | Buy | 10/7/11 | K | | |
| 17. Bershire Hathaway | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Best Buy | A | Dividend | | | Sold | 12/9/11 | K | | |
| 19. BHP Billiton Com Stock | | None | K | T | Sold (part) | 4/12/11 | J | C | |
| 20. Blackrock Inc Com Stock | A | Dividend | K | T | | | | | |
| 21. Broadcom Corp Com Stock | A | Dividend | K | T | | | | | |
| 22. Cerner Corp Com Stock | | None | K | T | Sold (part) | 9/20/11 | K | D | |
| 23. Chevron Corp Com Stock | B | Dividend | K | T | | | | | |
| 24. Cisco Systems Com Stock | A | Dividend | K | T | | | | | |
| 25. Colgate-Palmolive Com Stock | A | Dividend | K | T | Sold (part) | 10/20/11 | J | B | |
| 26. Conocophillips Com Stock | B | Dividend | K | T | Sold (part) | 1/28/11 | J | B | |
| 27. Corning Inc Com Stock | A | Dividend | | | Sold | 10/20/11 | J | | |
| 28. Costco Corp | A | Dividend | | | Sold | 4/7/11 | K | D | |
| 29. CVS Caremark Com Stock | | None | | | Sold | 1/11/11 | K | B | |
| 30. Danaher Corp Com Stock | A | Dividend | K | T | Sold (part) | 1/28/11 | J | B | |
| 31. The Walt Disney Co. Com Stock | A | Dividend | K | T | | | | | |
| 32. DuPont Co Com Stock | A | Dividend | K | T | Buy | 10/11/11 | K | | |
| 33. EMC Corp Com Stock | | None | K | T | Buy | 9/20/11 | K | | |
| 34. GE Com Stock | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman Sachs Group Com Stock | A | Dividend | | | Sold | 9/20/11 | K | A | |
| 36. Google Inc Com Stock | | None | K | T | Buy | 4/15/11 | K | | |
| 37. Home Depot Inc Com Stock | A | Dividend | K | T | | | | | |
| 38. IBM Com Stock | A | Dividend | K | T | Sold (part) | 9/20/11 | J | C | |
| 39. Intel Corp Com Stock | A | Dividend | K | T | | | | | |
| 40. Johnson & Johnson Com Stock | | None | | | Sold | 2/23/11 | K | A | |
| 41. JP Morgan Chase Com Stock | A | Dividend | K | T | | | | | |
| 42. Lockheed Martin Com Stock | A | Dividend | | | Sold | 7/21/11 | K | D | |
| 43. Merck & Co Com Stock | B | Dividend | K | T | Buy | 9/20/11 | K | | |
| 44. Microsoft Corp. Com Stock | A | Dividend | | | Sold | 12/9/11 | K | A | |
| 45. Nextera Energy | B | Dividend | K | T | | | | | |
| 46. Nike Inc Com Stock | A | Dividend | K | T | Buy | 1/20/11 | K | | |
| 47. Nike Inc Com Stock | | | | | Sold (part) | 12/9/11 | J | A | |
| 48. Oracle Corp | A | Dividend | K | T | Sold (part) | 1/28/11 | J | B | |
| 49. Pepsico Inc Com Stock | A | Dividend | K | T | | | | | |
| 50. Pepsico Inc Com Stock | | | | | Buy | 7/21/11 | J | | |
| 51. Proctor & Gamble Com Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Qualcomm Inc. Com Stock | A | Dividend | K | T | Sold (part) | 1/28/11 | J | A | |
| 53. Roche Hldg Ltd | | None | K | T | | | | | |
| 54. SEI Investments | A | Dividend | J | T | | | | | |
| 55. Schlumberger Ltd | A | Dividend | K | T | Sold (part) | 1/28/11 | J | C | |
| 56. Sempra Energy Com Stock | A | Dividend | K | T | | | | | |
| 57. Target Corp Com Stock | A | Dividend | K | T | Buy | 1/6/11 | J | | |
| 58. Teva Pharm ADR Com Stock | | None | K | T | | | | | |
| 59. Transocean Inc Com Stock | B | Dividend | K | T | Buy | 1/12/11 | K | | |
| 60. US Bancorp Com Stock | A | Dividend | | | Sold | 9/20/11 | K | | |
| 61. Union Pacific Corp Com Stock | A | Dividend | K | T | Buy | 2/23/11 | K | | |
| 62. Verizon Com Stock | B | Dividend | K | T | | | | | |
| 63. Zimmer Holdings Com Stock | | None | K | T | | | | | |
| 64. 1 Shares MSCI Brazil Index | A | Dividend | J | T | Buy | 1/5/11 | K | | |
| 65. 1Shares MSCI Index Fund | C | Dividend | M | T | | | | | |
| 66. 1Shares Small Cap Index Fund | A | Dividend | L | T | Sold (part) | 4/7/11 | K | D | |
| 67. Vanguard Emerging Market Fund | A | Dividend | K | T | | | | | |
| 68. CAPITAL TRUST ACCOUNT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 3M COMPANY | C | Dividend | L | T | Sold (part) | 10/27/11 | K | A | |
| 70. ACCENTURE PLC US$ (ACN) | A | Dividend | K | T | Buy | 05/18/11 | K | | |
| 71. ACE LTD (ACE) | A | Dividend | K | T | Buy | 06/20/11 | K | | |
| 72. AFLAC INC (AFL) | A | Dividend | K | T | Buy | 10/24/11 | J | | |
| 73. AFLAC INC (AFL) | | | | | Buy | 11/22/11 | J | | |
| 74. AFLAC INC (AFL) | | | | | Buy | 11/23/11 | K | | |
| 75. AGILENT TECHNOLOGIES INC (A) | | None | K | T | | | | | |
| 76. AIR PRODUCTS & CHEMICALS INC (APD) | C | Dividend | M | T | | | | | |
| 77. ALBERTO CULVER CO | A | Dividend | | | Merged (with line 535) | 5/10/11 | K | | Unilever |
| 78. ALLEGENY TECHNOLOGIES INC (ATI) | B | Dividend | M | T | Buy | 8/30/11 | J | | |
| 79. ALLEGENY TECHNOLOGIES INC (ATI) | | | | | Buy | 8/31/11 | J | | |
| 80. ALLEGENY TECHNOLOGIES INC (ATI) | | | | | | 10/05/11 | J | | |
| 81. ALLEGENY TECHNOLOGIES INC (ATI) | | | | | | 10/06/11 | J | | |
| 82. ALLERGAN INC (AGN) | A | Dividend | M | T | | | | | |
| 83. ALLSTATE CORP (THE) (ALL) | B | Dividend | K | T | Sold (part) | 9/2/11 | J | A | |
| 84. ALLSTATE CORP (THE) (ALL) | | | | | Sold (part) | 9/6/11 | K | A | |
| 85. AMERICAN TOWER CORP CL A | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AMERICAN WATER WORKS | B | Dividend | | | Sold (part) | 3/4/11 | J | B | |
| 87. AMERICAN WATER WORKS | | | | | Sold (part) | 3/7/11 | J | C | |
| 88. AMERICAN WATER WORKS | | | | | Sold (part) | 3/8/11 | J | C | |
| 89. AMERICAN WATER WORKS | | | | | Sold (part) | 3/9/11 | J | C | |
| 90. AMERICAN WATER WORKS | | | | | Sold (part) | 3/10/11 | J | B | |
| 91. AMERICAN WATER WORKS | | | | | Sold (part) | 3/11/11 | J | C | |
| 92. AMERICAN WATER WORKS | | | | | Sold (part) | 3/14/11 | J | B | |
| 93. AMERICAN WATER WORKS | | | | | Sold (part) | 3/15/11 | J | A | |
| 94. AMERICAN WATER WORKS | | | | | Sold (part) | 3/16/11 | K | D | |
| 95. AMERICAN WATER WORKS | | | | | Sold (part) | 3/17/11 | J | A | |
| 96. AMERICAN WATER WORKS | | | | | Sold (part) | 3/18/11 | J | B | |
| 97. AMERICAN WATER WORKS | | | | | Sold (part) | 3/21/11 | J | C | |
| 98. AMERICAN WATER WORKS | | | | | Sold (part) | 3/22/11 | K | C | |
| 99. AMERICAN WATER WORKS | | | | | Sold (part) | 3/23/11 | J | A | |
| 100. AMERICAN WATER WORKS | | | | | Sold (part) | 3/24/11 | J | C | |
| 101. AMERICAN WATER WORKS | | | | | Sold (part) | 3/25/11 | J | A | |
| 102. AMERICAN WATER WORKS | | | | | Sold (part) | 3/28/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. AMERICAN WATER WORKS | | | | | Sold (part) | 3/29/11 | J | B | |
| 104. AMERICAN WATER WORKS | | | | | Sold | 3/30/11 | J | C | |
| 105. AON CORP (AON) | A | Dividend | K | T | | | | | |
| 106. APPLE INC (AAPL) | | None | L | T | | | | | |
| 107. AT&T INC | A | Dividend | J | T | | | | | |
| 108. AVON PRODUCTS INC | B | Dividend | | | Buy | 4/13/11 | J | | |
| 109. AVON PRODUCTS INC | | | | | Buy | 4/14/11 | J | | |
| 110. AVON PRODUCTS INC | | | | | Buy | 4/15/11 | J | | |
| 111. AVON PRODUCTS INC | | | | | Buy | 6/24/11 | J | | |
| 112. AVON PRODUCTS INC | | | | | Buy | 6/27/11 | J | | |
| 113. AVON PRODUCTS INC | | | | | Buy | 6/28/11 | J | | |
| 114. AVON PRODUCTS INC | | | | | Buy | 6/29/11 | J | | |
| 115. AVON PRODUCTS INC | | | | | Buy | 7/14/11 | J | | |
| 116. AVON PRODUCTS INC | | | | | Buy | 8/9/11 | J | | |
| 117. AVON PRODUCTS INC | | | | | Sold (part) | 11/17/11 | J | A | |
| 118. AVON PRODUCTS INC | | | | | Sold (part) | 11/18/11 | J | A | |
| 119. AVON PRODUCTS INC | | | | | Sold (part) | 11/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AVON PRODUCTS INC | | | | | Sold | 12/20/11 | J | A | |
| 121. BANK OF NEW YORK MELLON CORP | A | Dividend | | | Sold | 9/1/11 | J | A | |
| 122. BARRICK GOLD CORP US$ | B | Dividend | M | T | | | | | |
| 123. BAYER AG ADR | A | Dividend | | | Buy | 4/1/11 | J | | |
| 124. BAYER AG ADR | | | | | Sold | 7/21/11 | J | A | |
| 125. BB&T CORP (BBT) | B | Dividend | L | T | Buy | 3/24/11 | K | | |
| 126. BB&T CORP (BBT) | | | | | Buy | 3/25/11 | J | | |
| 127. BB&T CORP (BBT) | | | | | Buy | 3/28/11 | J | | |
| 128. BB&T CORP (BBT) | | | | | Buy | 3/29/11 | J | | |
| 129. BB&T CORP (BBT) | | | | | Buy | 3/30/11 | J | | |
| 130. BB&T CORP (BBT) | | | | | Buy | 3/31/11 | J | | |
| 131. BB&T CORP (BBT) | | | | | Buy | 4/1/11 | J | | |
| 132. BB&T CORP (BBT) | | | | | Buy | 4/4/11 | J | | |
| 133. BB&T CORP (BBT) | | | | | Buy | 4/5/11 | J | | |
| 134. BB&T CORP (BBT) | | | | | Buy | 4/6/11 | J | | |
| 135. BB&T CORP (BBT) | | | | | Buy | 4/7/11 | J | | |
| 136. BB&T CORP (BBT) | | | | | Buy | 9/2/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  BB&T CORP (BBT) | | | | | Sold (part) | 10/4/11 | K | A | |
| 138.  BEST BUY INC | A | Dividend | | | Sold | 11/3/11 | J | A | |
| 139.  BOEING CO | B | Dividend | K | T | | | | | |
| 140.  BRISTOL-MYERS SQUIBB CO | C | Dividend | M | T | Buy | 8/29/11 | K | | |
| 141.  BRISTOL-MYERS SQUIBB CO | | | | | Sold (part) | 2/14/11 | J | A | |
| 142.  BRISTOL-MYERS SQUIBB CO | | | | | Sold (part) | 2/15/11 | K | B | |
| 143.  BROADCOM CORP | A | Dividend | L | T | BUY | 6/8/11 | J | | |
| 144.  BROADCOM CORP | | | | | BUY | 6/9/11 | J | | |
| 145.  BROADCOM CORP | | | | | BUY | 6/22/11 | J | | |
| 146.  BROADCOM CORP | | | | | BUY | 7/8/11 | K | | |
| 147.  BROCADE COMMUNICATIONS SYS INC | | None | K | T | | | | | |
| 148.  BURKE GA OGLETHORPE PWR E SF 7.0% 01/01/23 | D | Interest | M | T | | | | | |
| 149.  CA ED FAC UNIV OF SAN FRANCISCO 5.0% 10/01/21 | C | Interest | M | T | Buy | 2/3/11 | L | | |
| 150.  CA PUB WKS REGENTS UNIV CA C1 5% 03/01/19 | D | Interest | M | T | | | | | |
| 151.  CA ST DWR PWRSUPPLY REV 5.0% 05/01/21 | D | Interest | M | T | | | | | |
| 152.  CA ST GO 6.25% 09/01/12 | B | Interest | K | T | | | | | |
| 153.  CA ST GO NATL 5.0% 06/01/15 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CA ST JOSEPHS HLTH CA-F AGM 5.25% 07/11/16 | D | Interest | M | T | | | | | |
| 155. CA ST RANS 11A2 2.0% 06/26/12 | | None | M | T | Buy | 9/15/11 | M | | |
| 156. CA ST UNIV SYSTEMWIDE REV SER A AMBAC 5.0% 11/01/17 | D | Interest | M | T | | | | | |
| 157. CA STWD JOHN MUIR HLTH W/I 5% 08/15/2021 | E | Interest | N | T | | | | | |
| 158. CA STWD ST JOSEPHS HLTH FSA 4.5% 07/01/10 | D | Interest | M | T | | | | | |
| 159. CALIFORNIA ST ECON REC 09A 5% 07/01/19 | B | Interest | M | T | Buy | 6/3/11 | M | | |
| 160. CALIFORNIA ST G/O BDS SER 5% 11/01/2013 | D | Interest | M | T | | | | | |
| 161. CAMECO CORP US$ | A | Dividend | | | BUY | 8/23/11 | J | | |
| 162. CAMECO CORP US$ | | | | | BUY | 8/24/11 | J | | |
| 163. CAMECO CORP US$ | | | | | BUY | 8/25/11 | J | | |
| 164. CAMECO CORP US$ | | | | | Sold (part) | 4/12/11 | L | E | |
| 165. CAMECO CORP US$ | | | | | Sold (part) | 11/8/11 | J | A | |
| 166. CAMECO CORP US$ | | | | | Sold | 11/9/11 | J | A | |
| 167. CANON INC ADR (CAJ) | | None | K | T | | | | | |
| 168. CANADIAN NATURAL RESOURCES LTD US$ | A | Dividend | | | Sold (part) | 4/21/11 | J | B | |
| 169. CANADIAN NATURAL RESOURCES LTD US$ | | | | | Sold (part) | 4/25/11 | J | B | |
| 170. CANADIAN NATURAL RESOURCES LTD US$ | | | | | Sold (part) | 4/26/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CANADIAN NATURAL RESOURCES LTD US$ | | | | | Sold (part) | 4/27/11 | J | C | |
| 172. CANADIAN NATURAL RESOURCES LTD US$ | | | | | Sold (part) | 4/28/11 | J | D | |
| 173. CANADIAN NATURAL RESOURCES LTD US$ | | | | | Sold (part) | 4/29/11 | J | C | |
| 174. CANADIAN NATURAL RESOURCES LTD US$ | | | | | Sold (part) | 7/11/11 | K | D | |
| 175. CANADIAN NATURAL RESOURCES LTD US$ | | | | | Sold | 7/12/11 | J | C | |
| 176. CANON INC | A | Dividend | K | T | | | | | |
| 177. CARNIVAL CORP COMMON PAIRED STOCK (CCL) | B | Dividend | L | T | Buy | 8/9/11 | K | | |
| 178. CARNIVAL CORP COMMON PAIRED STOCK (CCL) | | | | | Buy | 8/10/11 | L | | |
| 179. CARNIVAL CORP COMMON PAIRED STOCK (CCL) | | | | | Buy | 9/27/11 | J | | |
| 180. CATERPILLAR INC (CAT) | A | Dividend | L | T | Buy | 8/1/11 | J | | |
| 181. CATERPILLAR INC (CAT) | | | | | Buy | 8/2/11 | J | | |
| 182. CATERPILLAR INC (CAT) | | | | | Buy | 8/5/11 | J | | |
| 183. CATERPILLAR INC (CAT) | | | | | Buy | 8/9/11 | J | | |
| 184. CATERPILLAR INC (CAT) | | | | | Buy | 9/27/11 | J | | |
| 185. CELGENE CORP | | None | | | Sold (part) | 2/7/11 | J | A | |
| 186. CELGENE CORP | | | | | Sold (part) | 2/8/11 | J | A | |
| 187. CELGENE CORP | | | | | Sold (part) | 2/9/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CELGENE CORP | | | | | Sold (part) | 2/10/11 | K | A | |
| 189. CELGENE CORP | | | | | Sold | 2/11/11 | J | A | |
| 190. CENOVUS ENERGY INC (CVE) | B | Dividend | M | T | Buy | 3/1/11 | J | | |
| 191. CENOVUS ENERGY INC (CVE) | | | | | Buy | 3/2/11 | J | | |
| 192. CENOVUS ENERGY INC (CVE) | | | | | Buy | 3/3/11 | J | | |
| 193. CENOVUS ENERGY INC (CVE) | | | | | Buy | 3/4/11 | J | | |
| 194. CENOVUS ENERGY INC (CVE) | | | | | Buy | 3/7/11 | J | | |
| 195. CENOVUS ENERGY INC (CVE) | | | | | Buy | 3/25/11 | J | | |
| 196. CENOVUS ENERGY INC (CVE) | | | | | Buy | 3/28/11 | K | | |
| 197. CENOVUS ENERGY INC (CVE) | | | | | Buy | 7/15/11 | J | | |
| 198. CENTRAL VLY COGEN CARSON-ICE 3.5% 07/01/2014 | D | Interest | M | T | | | | | |
| 199. CERNER CORP (CERN) | | None | L | T | Sold (part) | 6/24/11 | J | | |
| 200. CERNER CORP (CERN) | | | | | Buy | 11/8/11 | L | | |
| 201. CERNER CORP (CERN) | | | | | Sold (part) | 5/4/11 | J | D | |
| 202. CERNER CORP (CERN) | | | | | Sold (part) | 5/5/11 | J | D | |
| 203. CERNER CORP (CERN) | | | | | Sold (part) | 5/6/11 | K | D | |
| 204. CERNER CORP (CERN) | | | | | Sold (part) | 7/27/11 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. CERNER CORP (CERN) | | | | | Sold (part) | 8/9/11 | K | E | |
| 206. CHEVRON CORP (CVX) | C | Dividend | M | T | Buy | 3/31/11 | K | | |
| 207. CISCO SYSTEMS INC | A | Dividend | | | Sold (part) | 4/5/11 | L | A | |
| 208. CISCO SYSTEMS INC | | | | | Sold (part) | 4/8/11 | K | A | |
| 209. CISCO SYSTEMS INC | | | | | Sold | 7/8/11 | K | D | |
| 210. CITIZENS PPTY INS CORP FL A1 6.0% 06/01/16 | D | Interest | M | T | | | | | |
| 211. CLEARWATER FL WTR/SWR B 5.0% 12/01/18 | D | Interest | M | T | | | | | |
| 212. COACH INC (COH) | A | Dividend | L | T | | | | | |
| 213. COLGATE-PALMOLIVE CO (CL) | B | Dividend | K | T | Buy | 3/9/11 | J | | |
| 214. COLGATE-PALMOLIVE CO (CL) | | | | | Buy | 3/10/11 | K | | |
| 215. COLGATE-PALMOLIVE CO (CL) | | | | | Sold (part) | 6/27/11 | K | C | |
| 216. COLGATE-PALMOLIVE CO (CL) | | | | | Sold (part) | 6/28/11 | J | B | |
| 217. COMCAST CORP CL A | C | Dividend | M | T | Buy | 2/1/11 | K | | |
| 218. CONTRA COSTA CA WTR SER A 3.5% 10/01/13 | D | Interest | M | T | | | | | |
| 219. COSTCO WHOLESALE CORP | A | Dividend | K | T | | | | | |
| 220. DANAHER CORP | A | Dividend | M | T | Buy | 2/3/11 | J | | |
| 221. DAVITA INC | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. DISCOVERY COMMUNICATIONS INC CL A (DISCA) | | None | K | T | | | | | |
| 223. DREAMWORKS ANIMATION SKG INC | | None | M | T | Buy | 2/1/11 | J | | |
| 224. DREAMWORKS ANIMATION SKG INC | | | | | Buy | 8/9/11 | J | | |
| 225. DREAMWORKS ANIMATION SKG INC | | | | | Buy | 8/10/11 | J | | |
| 226. DREAMWORKS ANIMATION SKG INC | | | | | Buy | 8/11/11 | J | | |
| 227. DREAMWORKS ANIMATION SKG INC | | | | | Buy | 8/12/11 | J | | |
| 228. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 6/9/11 | J | A | |
| 229. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 6/10/11 | K | A | |
| 230. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 6/13/11 | J | A | |
| 231. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 6/14/11 | J | A | |
| 232. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 6/15/11 | J | A | |
| 233. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 6/17/11 | J | A | |
| 234. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 6/20/11 | J | A | |
| 235. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 6/21/11 | J | A | |
| 236. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 6/22/11 | J | A | |
| 237. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 6/27/11 | J | A | |
| 238. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 6/28/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 11/9/11 | J | A | |
| 240. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 11/10/11 | J | A | |
| 241. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 11/11/11 | J | A | |
| 242. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 11/14/11 | J | A | |
| 243. DREAMWORKS ANIMATION SKG INC | | | | | Sold (part) | 11/15/11 | J | A | |
| 244. DRIL-QUIP INC (DRQ) | | None | L | T | Buy | 8/31/11 | J | | |
| 245. DRIL-QUIP INC (DRQ) | | | | | Buy | 9/1/11 | J | | |
| 246. DRIL-QUIP INC (DRQ) | | | | | Buy | 9/2/11 | J | | |
| 247. DRIL-QUIP INC (DRQ) | | | | | Buy | 9/6/11 | J | | |
| 248. DRIL-QUIP INC (DRQ) | | | | | Buy | 9/7/11 | J | | |
| 249. DRIL-QUIP INC (DRQ) | | | | | Buy | 9/8/11 | J | | |
| 250. EAST BAY CA SER A1 SF VAR 06/01/2025 | | None | M | T | Buy | 12/28/11 | M | | |
| 251. EBAY INC | | None | L | T | | | | | |
| 252. ECOLAB INC | A | Dividend | L | T | | | | | |
| 253. EDISON INTERNATIONAL | B | Dividend | K | T | | | | | |
| 254. EMERSON ELECTRIC CO | C | Dividend | M | T | | | | | |
| 255. ENCANA CORP COM US$ (ECA) | B | Dividend | J | T | Buy | 2/3/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. ENCANA CORP COM US$ (ECA) | | | | | Buy | 2/4/11 | K | | |
| 257. ENCANA CORP COM US$ (ECA) | | | | | Buy | 2/7/11 | J | | |
| 258. ENCANA CORP COM US$ (ECA) | | | | | Buy | 2/18/11 | K | | |
| 259. ENCANA CORP COM US$ (ECA) | | | | | Buy | 3/17/11 | K | | |
| 260. ENCANA CORP COM US$ (ECA) | | | | | Buy | 9/1/11 | J | | |
| 261. ENCANA CORP COM US$ (ECA) | | | | | Buy | 9/2/11 | J | | |
| 262. ENCANA CORP COM US$ (ECA) | | | | | Buy | 12/15/11 | J | | |
| 263. ENCANA CORP COM US$ (ECA) | | | | | Sold (part) | 11/7/11 | K | A | |
| 264. ENCANA CORP COM US$ (ECA) | | | | | Sold (part) | 11/8/11 | K | A | |
| 265. ENCANA CORP COM US$ (ECA) | | | | | Sold (part) | 11/9/11 | J | A | |
| 266. ENERGIZER HOLDINGS INC | | None | | | Sold (part) | 11/9/11 | J | A | |
| 267. ENERGIZER HOLDINGS INC | | | | | Sold | 11/10/11 | J | A | |
| 268. EOG RESOURCES INC | A | Dividend | L | T | | | | | |
| 269. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F2 (AEPFX) | E | Dividend | P1 | T | | | | | |
| 270. EXPRESS SCRIPTS INC (ESRX) | | None | L | T | Buy | 11/29/11 | J | | |
| 271. EXPRESS SCRIPTS INC (ESRX) | | | | | Buy | 11/30/11 | J | | |
| 272. EXPRESS SCRIPTS INC (ESRX) | | | | | Buy | 12/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. EXPRESS SCRIPTS INC (ESRX) | | | | | Buy | 12/2/11 | J | | |
| 274. EXPRESS SCRIPTS INC (ESRX) | | | | | Buy | 12/5/11 | J | | |
| 275. EXPRESS SCRIPTS INC (ESRX) | | | | | Buy | 12/6/11 | J | | |
| 276. EXPRESS SCRIPTS INC (ESRX) | | | | | Buy | 12/7/11 | J | | |
| 277. EXPRESS SCRIPTS INC (ESRX) | | | | | Buy | 12/14/11 | J | | |
| 278. EXXON MOBIL CORP | B | Dividend | K | T | | | | | |
| 279. FEDEX CORP | A | Dividend | K | T | Sold (part) | 7/18/11 | K | B | |
| 280. FEDEX CORP | | | | | Sold (part) | 7/19/11 | J | B | |
| 281. FEDEX CORP | | | | | Sold (part) | 10/7/11 | K | A | |
| 282. FIRST SOLAR INC (FSLR) | | None | K | T | Buy | 8/9/11 | K | | |
| 283. FIRST SOLAR INC (FSLR) | | | | | Buy | 9/26/11 | J | | |
| 284. FIRST SOLAR INC (FSLR) | | | | | Buy | 9/27/11 | K | | |
| 285. FIRST SOLAR INC (FSLR) | | | | | Buy | 9/28/11 | J | | |
| 286. FIRST SOLAR INC (FSLR) | | | | | Sold (part) | 11/4/11 | J | A | |
| 287. FIRST SOLAR INC (FSLR) | | | | | Sold (part) | 11/17/11 | J | A | |
| 288. FL WTR PCR SER A SF 4.75% 01/15/25 | D | Interest | M | T | | | | | |
| 289. FLUOR CORP (NEW) (FLR) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. GENERAL ELECTRIC CO | C | Dividend | | | Buy | 6/10/11 | L | | |
| 291. GENERAL ELECTRIC CO | | | | | Buy | 8/9/11 | J | | |
| 292. GENERAL ELECTRIC CO | | | | | Sold | 11/4/11 | M | A | |
| 293. GENERAL MILLS INC (GIS) | C | Dividend | K | T | Sold (part) | 1/12/11 | K | B | |
| 294. GENERAL MILLS INC (GIS) | | | | | Sold (part) | 1/13/11 | J | A | |
| 295. GENERAL MILLS INC (GIS) | | | | | Sold (part) | 4/11/11 | J | A | |
| 296. GENERAL MILLS INC (GIS) | | | | | Sold (part) | 4/12/11 | J | A | |
| 297. GENERAL MILLS INC (GIS) | | | | | Sold (part) | 7/21/11 | K | C | |
| 298. GENPACT LTD | | None | K | T | | | | | |
| 299. GOLDEN ST TOBACCO ST APPROP AMBAC 5.0% 06-01-14 | C | Interest | M | T | | | | | |
| 300. GOLDEN ST TOBACCO CA 2003A SF PREREF 6.7% 06/01/39 | D | Interest | M | T | | | | | |
| 301. GOLDMAN SACHS GROUP INC (GS) | B | Dividend | L | T | Buy | 5/27/11 | K | | |
| 302. GOLDMAN SACHS GROUP INC (GS) | | | | | Buy | 9/13/11 | K | | |
| 303. GOOGLE INC CL A (GOOG) | | None | M | T | | | | | |
| 304. GUAM BUS PRIVILEGE TAX 11A 5.0% 01/01/18 | | None | M | T | Buy | 11/16/11 | M | | |
| 305. HALLIBURTON CO (HAL) | A | Dividend | L | T | Buy | 12/16/11 | J | | |
| 306. HALLIBURTON CO (HAL) | | | | | Buy | 12/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. HARRIS CO TX CHRISTUS HLTH A4 FSA ARC SF VAR 07/01/31 | B | Interest | M | T | | | | | |
| 308. HEWLETT-PACKARD CO | A | Dividend | | | Sold | 7/15/11 | K | D | |
| 309. HOME DEPOT INC (HD) | A | Dividend | M | T | Buy | 9/14/11 | M | | |
| 310. HUMAN GENOME SCIENCES INC | | None | | | Buy | 4/8/11 | J | | |
| 311. HUMAN GENOME SCIENCES INC | | | | | Buy | 4/11/11 | K | | |
| 312. HUMAN GENOME SCIENCES INC | | | | | Buy | 4/12/11 | J | | |
| 313. HUMAN GENOME SCIENCES INC | | | | | Buy | 9/1/11 | J | | |
| 314. HUMAN GENOME SCIENCES INC | | | | | Sold | 11/4/11 | K | A | |
| 315. ILLINOIS TOOL WORKS INC | C | Dividend | K | T | Sold (part) | 8/2/11 | J | A | |
| 316. ILLINOIS TOOL WORKS INC | | | | | Sold (part) | 8/3/11 | L | D | |
| 317. ILLINOIS TOOL WORKS INC | | | | | Sold (part) | 8/10/11 | K | A | |
| 318. ILLINOIS TOOL WORKS INC | | | | | Sold (part) | 8/11/11 | J | A | |
| 319. IMPERIAL OIL LTD US$ | A | Dividend | J | T | | | | | |
| 320. IND LOCAL PUB IMPNATL-RE PREREF 5.5% 07/01/2014 | D | Interest | M | T | | | | | |
| 321. INTERNATIONAL BUSINESS MACHINES CORP (IBM) | C | Dividend | M | T | | | | | |
| 322. IRON MOUNTAIN INC (IRM) | C | Dividend | M | T | Buy | 4/14/11 | K | | |
| 323. IRON MOUNTAIN INC (IRM) | | | | | Sold (part) | 1/12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. IRON MOUNTAIN INC (IRM) | | | | | Sold (part) | 1/13/11 | J | A | |
| 325. IRON MOUNTAIN INC (IRM) | | | | | Sold (part) | 1/14/11 | J | A | |
| 326. IRON MOUNTAIN INC (IRM) | | | | | Sold (part) | 1/18/11 | J | A | |
| 327. IRON MOUNTAIN INC (IRM) | | | | | Sold (part) | 1/21/11 | J | A | |
| 328. IRON MOUNTAIN INC (IRM) | | | | | Sold (part) | 1/24/11 | J | A | |
| 329. IRON MOUNTAIN INC (IRM) | | | | | Sold (part) | 1/25/11 | J | A | |
| 330. ISRAEL CHEMICALS LTD ADR UNSPON | A | Dividend | | | Sold | 8/15/11 | K | A | |
| 331. JACK HENRY & ASSOC INC (JKHY) | A | Dividend | L | T | Buy | 4/4/11 | J | | |
| 332. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/5/11 | J | | |
| 333. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/6/11 | J | | |
| 334. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/7/11 | J | | |
| 335. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/8/11 | J | | |
| 336. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/11/11 | J | | |
| 337. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/12/11 | J | | |
| 338. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/13/11 | J | | |
| 339. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/14/11 | J | | |
| 340. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/15/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/18/11 | J | | |
| 342. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/19/11 | J | | |
| 343. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/21/11 | J | | |
| 344. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/25/11 | J | | |
| 345. JACK HENRY & ASSOC INC (JKHY) | | | | | Buy | 4/26/11 | J | | |
| 346. JACOBS ENGR GROUP | | None | | | Sold (part) | 8/3/11 | J | A | |
| 347. JACOBS ENGR GROUP | | | | | Sold (part) | 11/9/11 | J | A | |
| 348. JACOBS ENGR GROUP | | | | | Sold | 11/10/11 | J | A | |
| 349. JPMORGAN CHASE & CO | C | Dividend | M | T | | | | | |
| 350. JUNIPER NETWORKS INC | | None | | | Sold | 12/14/11 | J | A | |
| 351. KLA-TENCOR CORP | B | Dividend | L | T | Buy | 8/23/11 | J | | |
| 352. KLA-TENCOR CORP | | | | | Buy | 8/24/11 | J | | |
| 353. KRAFT FOODS INC CL A | B | Dividend | | | Buy | 7/21/11 | K | | |
| 354. KRAFT FOODS INC CL A | | | | | Sold (part) | 8/22/11 | K | A | |
| 355. KRAFT FOODS INC CL A | | | | | Sold | 8/23/11 | L | D | |
| 356. LA CA AIR LAX CA SR 10A 5.0% 05/15/22 | | None | | | Sold | 4/28/11 | M | A | |
| 357. LA CA DWAP FSA 5.25% 07-01-20 | C | Interest | | | Sold | 7/1/11 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. LA CA HARBOR SER C 5.0% 08/01/26 | D | Interest | M | T | | | | | |
| 359. LA CITY CA WSTWTR NATL 5.0% 06/01/27 | D | Interest | M | T | | | | | |
| 360. LA CO CA MTA SALES TAX REV D 5.0% 07/01/16 | D | Interest | M | T | | | | | |
| 361. LOOPNET INC | | None | K | T | | | | | |
| 362. LOS ANGELES CNTY CA PUB WKS FING AUTH AMBAC 5% 06/01/2021 | D | Interest | | | Sold | 4/6/11 | N | A | |
| 363. LOUISIANA ST LEASE REV 5.0% 03/01/16 | D | Interest | M | T | | | | | |
| 364. LOWES COMPANIES INC | C | Dividend | | | Sold (part) | 9/13/11 | K | A | |
| 365. LOWES COMPANIES INC | | | | | Sold | 9/14/11 | M | A | |
| 366. MARATHON OIL CORP COM | A | Dividend | | | Sold (part) | 4/11/11 | K | | |
| 367. MARATHON OIL CORP COM | | | | | Sold | 4/12/11 | L | E | |
| 368. MARSH & MCLENNAN COS INC (MMC) | A | Dividend | L | T | Buy | 9/2/11 | J | | |
| 369. MARSH & MCLENNAN COS INC (MMC) | | | | | Buy | 9/6/11 | K | | |
| 370. MARSH & MCLENNAN COS INC (MMC) | | | | | Buy | 9/7/11 | J | | |
| 371. MARSH & MCLENNAN COS INC (MMC) | | | | | Buy | 9/8/11 | J | | |
| 372. MARSH & MCLENNAN COS INC (MMC) | | | | | Buy | 9/28/11 | J | | |
| 373. MAXIM INTEGRATED PRODS INC | C | Dividend | M | T | | | | | |
| 374. MCDONALDS CORP | A | Dividend | | | Sold | 7/18/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. MEDTRONIC INC | A | Dividend | | | Sold (part) | 3/16/11 | K | A | |
| 376. MEDTRONIC INC | | | | | Sold | 3/17/11 | K | D | |
| 377. MERCK & CO INC | C | Dividend | | | Sold (part) | 1/25/11 | L | D | |
| 378. MERCK & CO INC | | | | | Sold | 10/7/11 | K | D | |
| 379. METROPOLITAN WTR DIST SO UTHN CALIF 3% 07/01/15 | | None | M | T | Buy | 6/9/11 | M | | |
| 380. METROPOLITAN WTR DIST SO CAL SER B3 VAR 07/01/2035 ) | | None | M | T | Buy | 12/22/11 | M | | |
| 381. MICROCHIP TECHNOLOGY INC (MCHP) | B | Dividend | L | T | | | | | |
| 382. MICROSOFT CORP (MSFT) | C | Dividend | M | T | | | | | |
| 383. MONSANTO CO (MON) | B | Dividend | M | T | Buy | 5/17/11 | J | | |
| 384. MONSANTO CO (MON) | | | | | Buy | 5/18/11 | J | | |
| 385. NATIONAL GRID PLC - SP ADR (NGG) | B | Dividend | K | T | | | | | |
| 386. NATIONAL INSTRUMENTS CORP (NATI) | A | Dividend | K | T | Buy (add'l) | 2/22/11 | J | | *See Part VIII |
| 387. NC ST GO SER A 5.0% 03/01/14 | D | Interest | M | T | | | | | |
| 388. NESTLE NAM SPON ADR (NSRGY) | B | Dividend | L | T | | | | | |
| 389. AMERICAN FUNDS NEW WORLD FUND CL F2 (NFFFX) | D | Dividend | O | T | | | | | |
| 390. NEW YORK TIMES CO CL A | | None | | | Sold (part) | 11/17/11 | J | A | |
| 391. NEW YORK TIMES CO CL A | | | | | Sold (part) | 11/8/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. NEW YORK TIMES CO CL A | | | | | Sold (part) | 11/10/11 | J | A | |
| 393. NEW YORK TIMES CO CL A | | | | | Sold | 11/11/11 | J | A | |
| 394. NIELSEN HOLDINGS NV USS (NLSN) | None | | L | T | Buy | 2/10/11 | J | | |
| 395. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 2/11/11 | J | | |
| 396. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 2/14/11 | J | | |
| 397. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 2/15/11 | J | | |
| 398. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 3/16/11 | J | | |
| 399. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 8/5/11 | J | | |
| 400. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 8/8/11 | J | | |
| 401. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 8/9/11 | K | | |
| 402. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 9/22/11 | J | | |
| 403. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 9/23/11 | J | | |
| 404. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 9/26/11 | J | | |
| 405. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 9/29/11 | J | | |
| 406. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 9/30/11 | J | | |
| 407. NIELSEN HOLDINGS NV USS (NLSN) | | | | | Buy | 10/3/11 | J | | |
| 408. NIKE INC CL B | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. NINTENDO CO LTD ADR UNSPON | A | Dividend | | | Sold (part) | 10/11/11 | J | A | |
| 410. NINTENDO CO LTD ADR UNSPON | | | | | Sold (part) | 10/12/11 | J | A | |
| 411. NINTENDO CO LTD ADR UNSPON | | | | | Sold | 11/7/11 | J | A | |
| 412. NOBLE ENERGY INC | A | Dividend | M | T | | | | | |
| 413. NORDSTROM INC | A | Dividend | J | T | | | | | |
| 414. NORFOLK SOUTHERN CORP (NSC) | B | Dividend | L | T | | | | | |
| 415. NOVO NORDISK A/S CL B ADR (NVO) | A | Dividend | K | T | | | | | |
| 416. NUCOR CORP (NUE) | B | Dividend | K | T | Sold (part) | 3/31/11 | K | D | |
| 417. OMNICOM GROUP INC | A | Dividend | K | T | | | | | |
| 418. OR ST DEPT OF ADMIN COPS 5.0% 05/01/18 | D | Interest | M | T | | | | | |
| 419. ORACLE CORP (ORCL) | A | Dividend | L | T | | | | | |
| 420. PAYCHEX INC | A | Dividend | | | Sold (part) | 2/9/11 | J | A | |
| 421. PAYCHEX INC | | | | | Sold (part) | 2/10/11 | K | A | |
| 422. PAYCHEX INC | | | | | Sold (part) | 2/11/11 | J | B | |
| 423. PAYCHEX INC | | | | | Sold | 2/15/11 | J | A | |
| 424. PEPSICO INC (PEP) | C | Dividend | L | T | Sold (part) | 3/30/11 | K | D | |
| 425. PEPSICO INC (PEP) | | | | | Sold (part) | 4/6/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 52

**Name of Person Reporting**

**WARDLAW, KIM M.**

**Date of Report**

08/10/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. PEPSICO INC (PEP) | | | | | Sold (part) | 4/7/11 | J | B | |
| 427. PFIZER INC (PFE) | B | Dividend | K | T | Buy | 5/6/11 | K | | |
| 428. PG&E CORP (PCG) | B | Dividend | K | T | Buy | 4/26/11 | K | | |
| 429. PG&E CORP (PCG) | | | | | Buy | 4/27/11 | K | | |
| 430. PHARMASSET INC (VRUS) | | None | L | T | Buy | 9/30/11 | J | | |
| 431. PHARMASSET INC (VRUS) | | | | | Buy | 10/3/11 | K | | |
| 432. PHARMASSET INC (VRUS) | | | | | Buy | 10/4/11 | J | | |
| 433. PHILIP MORRIS INTERNATIONAL INC (PM) | C | Dividend | L | T | | | | | |
| 434. PHOENIX AZ CIVIC IMPROV WTR A 5.0% 07/01/23 | C | Interest | | | Sold | 5/2/11 | M | C | |
| 435. POLYCOM INC | | None | K | T | Buy (add'l) | 7/1/11 | J | | *See Part VIII |
| 436. POTASH CORP OF SASKATCHEWAN IN US$ | A | Dividend | | | Sold | 1/25/11 | K | E | |
| 437. PROCTER & GAMBLE CO | A | Dividend | | | Sold (part) | 7/25/11 | J | B | |
| 438. PROCTER & GAMBLE CO | | | | | Sold (part) | 7/26/11 | J | B | |
| 439. PROCTER & GAMBLE CO | | | | | Sold (part) | 8/1/11 | J | A | |
| 440. PROCTER & GAMBLE CO | | | | | Sold (part) | 8/2/11 | J | A | |
| 441. PROCTER & GAMBLE CO | | | | | Sold | 8/3/11 | J | A | |
| 442. PROGRESSIVE CORP OHIO (PGR) | B | Dividend | L | T | Sold (part) | 5/31/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. PROGRESSIVE CORP OHIO (PGR) | | | | | Sold (part) | 6/1/11 | J | B | |
| 444. PULTE GROUP INC (PHM) | | None | K | T | Buy | 10/4/11 | J | | |
| 445. QUALCOMM INC (QCOM) | B | Dividend | M | T | Sold (part) | 6/9/11 | J | B | |
| 446. QUALCOMM INC (QCOM) | | | | | Sold (part) | 6/10/11 | K | C | |
| 447. REPUBLIC SERVICES INC (RSG) | B | Dividend | L | T | Buy | 3/4/11 | J | | |
| 448. REPUBLIC SERVICES INC (RSG) | | | | | Buy | 3/7/11 | J | | |
| 449. REPUBLIC SERVICES INC (RSG) | | | | | Buy | 3/8/11 | J | | |
| 450. REPUBLIC SERVICES INC (RSG) | | | | | Buy | 3/9/11 | J | | |
| 451. REPUBLIC SERVICES INC (RSG) | | | | | Buy | 3/10/11 | J | | |
| 452. REPUBLIC SERVICES INC (RSG) | | | | | Buy | 3/11/11 | J | | |
| 453. REPUBLIC SERVICES INC (RSG) | | | | | Buy | 3/14/11 | J | | |
| 454. REPUBLIC SERVICES INC (RSG) | | | | | Buy | 3/15/11 | J | | |
| 455. RIO TINTO PLC ADR SPON | A | Dividend | K | T | | | | | |
| 456. SAN DIEGO CA REGL AIRPORT A 5.0% 07/01/18 | B | Interest | M | T | Buy | 6/7/11 | M | | |
| 457. SAN DIEGO CA SWR A 5.25% 05/15/25 | | None | | | Sold | 2/15/11 | M | A | |
| 458. SAN DIEGO CO WTR 5.0% 07/01/16 | | None | M | T | Buy | 7/12/11 | M | | |
| 459. SAN DIEGO WTR NATL FGIC 5.25% 05/01/17 | | None | M | T | Buy | 11/3/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 52

Name of Person Reporting

WARDLAW, KIM M.

Date of Report

08/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. SAN FRAN ARPT 2ND 06F NATL-FGIC 5.25% 05/01/20 | D | Interest | M | T | Buy | 1/4/11 | M | | |
| 461. SANTA MARGARITA TALEGA CFD 99-1 11A 5.0% 09/01/22 | | None | M | T | Buy | 7/22/11 | M | | |
| 462. SAP AG SPON ADR (SAP) | A | Dividend | K | T | | | | | |
| 463. SCHLUMBERGER LTD (SLB) | B | Dividend | M | T | | | | | |
| 464. SCHWAB CHARLES NEW (SCHW) | B | Dividend | L | T | Buy | 7/15/11 | J | | |
| 465. SCHWAB CHARLES NEW (SCHW) | | | | | Buy | 10/11/11 | J | | |
| 466. SCHWAB CHARLES NEW (SCHW) | | | | | Buy | 10/12/11 | K | | |
| 467. SCHWAB CHARLES NEW (SCHW) | | | | | Buy | 10/13/11 | K | | |
| 468. SCHWAB CHARLES NEW (SCHW) | | | | | Buy | 10/24/11 | K | | |
| 469. SCHWAB CHARLES NEW (SCHW) | | | | | Buy | 10/25/11 | K | | |
| 470. SCHWAB CHARLES NEW (SCHW) | | | | | Sold (part) | 9/1/11 | J | A | |
| 471. SCHWAB CHARLES NEW (SCHW) | | | | | Sold (part) | 9/2/11 | K | A | |
| 472. SCHWAB CHARLES NEW (SCHW) | | | | | Sold (part) | 9/6/11 | L | A | |
| 473. SCPPA MAGNOLIA PWR 11-A 5.00% 07/01/20 | | None | M | T | Buy | 11/16/11 | M | | |
| 474. SCRIPPS NETWORKS INTERACTIVE CL A (SNI) | A | Dividend | L | T | Buy | 8/31/11 | J | | |
| 475. SCRIPPS NETWORKS INTERACTIVE CL A (SNI) | | | | | Buy | 9/1/11 | J | | |
| 476. SEATTLE GENETICS INC (SGEN) | | None | L | T | Buy | 5/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 52

Name of Person Reporting

WARDLAW, KIM M.

Date of Report

08/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 5/17/11 | J | | |
| 478. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 5/18/11 | J | | |
| 479. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 5/20/11 | J | | |
| 480. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 5/23/11 | J | | |
| 481. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 5/24/11 | J | | |
| 482. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 5/25/11 | J | | |
| 483. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 5/31/11 | J | | |
| 484. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/1/11 | J | | |
| 485. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/2/11 | J | | |
| 486. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/3/11 | J | | |
| 487. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/6/11 | J | | |
| 488. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/7/11 | J | | |
| 489. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/8/11 | J | | |
| 490. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/9/11 | J | | |
| 491. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/10/11 | J | | |
| 492. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/13/11 | J | | |
| 493. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/14/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/15/11 | J | | |
| 495. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/16/11 | J | | |
| 496. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 6/17/11 | J | | |
| 497. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 7/7/11 | J | | |
| 498. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 7/8/11 | J | | |
| 499. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 7/11/11 | J | | |
| 500. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 7/12/11 | J | | |
| 501. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 7/13/11 | J | | |
| 502. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 7/14/11 | J | | |
| 503. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 7/15/11 | J | | |
| 504. SEATTLE GENETICS INC (SGEN) | | | | | Buy | 8/8/11 | J | | |
| 505. SHIRE PLC ADR | A | Dividend | M | T | | | | | |
| 506. SIGNET JEWELERS LTD (SIG) | A | Dividend | K | T | Buy | 8/31/11 | J | | |
| 507. SIGNET JEWELERS LTD (SIG) | | | | | Buy | 9/1/11 | J | | |
| 508. SIGNET JEWELERS LTD (SIG) | | | | | Buy | 9/2/11 | J | | |
| 509. SIGNET JEWELERS LTD (SIG) | | | | | Buy | 10/6/11 | J | | |
| 510. SIGNET JEWELERS LTD (SIG) | | | | | Buy | 10/7/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. SIGNET JEWELERS LTD (SIG) | | | | | Buy | 10/11/11 | J | | |
| 512. SIGNET JEWELERS LTD (SIG) | | | | | Buy | 10/12/11 | J | | |
| 513. SIGNET JEWELERS LTD (SIG) | | | | | Buy | 10/13/11 | J | | |
| 514. SO CA PUB PWR AUTH SF 6.0% 07-01-27 ▨ | D | Interest | M | T | | | | | |
| 515. SPECTRA ENERGY CORP (SE) | A | Dividend | K | T | | | | | |
| 516. SSGA MONEY MARKET FUND (SSGXX) | C | Dividend | P1 | T | | | | | |
| 517. STANLEY BLACK & DECKER (SWK) | B | Dividend | L | T | Buy | 10/6/11 | J | | |
| 518. STANLEY BLACK & DECKER (SWK) | | | | | Buy | 10/7/11 | K | | |
| 519. STRAYER ED INC | A | Dividend | | | Buy | 2/22/11 | J | | |
| 520. STRAYER ED INC | | | | | Buy | 9/2/11 | J | | |
| 521. STRAYER ED INC | | | | | Sold (part) | 10/11/11 | J | A | |
| 522. STRAYER ED INC | | | | | Sold | 11/8/11 | J | A | |
| 523. SUNCOR ENERGY INC (SU) | A | Dividend | K | T | | | | | |
| 524. TARGET CORP (TGT) | C | Dividend | M | T | Sold (part) | 11/17/11 | K | A | |
| 525. TARGET CORP (TGT) | | | M | | Sold (part) | 11/18/11 | K | A | |
| 526. TE CONNECTIVITY LTD US$ (TEL) | B | Dividend | L | T | Buy | 3/17/11 | J | | |
| 527. THE WALT DISNEY CO | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 52

Name of Person Reporting

WARDLAW, KIM M.

Date of Report

08/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. TIFFANY & CO NEW | B | Dividend | M | T | | | | | |
| 529. TIME WARNER CABLE INC | A | Dividend | K | T | | | | | |
| 530. TITANIUM METALS CORPORATION | | None | | | Sold (part) | 4/12/11 | J | C | |
| 531. TITANIUM METALS CORPORATION | | | | | Sold (part) | 4/13/11 | J | C | |
| 532. TITANIUM METALS CORPORATION | | | | | Sold | 4/14/11 | J | B | |
| 533. TUOLUMNE WIND REV CA TURLOCK IRR DT 5.25% 01/01/24 | D | Interest | M | T | | | | | |
| 534. TYCO ELECTRONICS LTD | A | Dividend | | | Sold | 3/17/11 | J | | |
| 535. UNILEVER | A | Dividend | K | T | | 5/10/11 | K | | Asset Rv'd Alberto Culver |
| 536. UNION PACIFIC CORP (UNP) | B | Dividend | L | T | Sold (part) | 1/26/11 | J | D | |
| 537. UNION PACIFIC CORP (UNP) | | | | | Sold (part) | 1/27/11 | J | D | |
| 538. UNION PACIFIC CORP (UNP) | | | | | Sold (part) | 8/9/11 | L | E | |
| 539. UNITED HEALTH GROUP INC | B | Dividend | M | T | | | | | |
| 540. UNITED PARCEL SERVICE INC CL B (UPS) | B | Dividend | K | T | | | | | |
| 541. UNITED TECHNOLOGIES CORP (UTX) | C | Dividend | M | T | Buy | 2/1/11 | L | | |
| 542. UNITED TECHNOLOGIES CORP (UTX) | | | | | Buy | 2/4/11 | K | | |
| 543. UNITED TECHNOLOGIES CORP (UTX) | | | | | Buy | 2/7/11 | J | | |
| 544. UNITED TECHNOLOGIES CORP (UTX) | | | | | Buy | 2/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. URBAN OUTFITTERS INC | | None | L | T | | | | | |
| 546. VERIZON COMMUNICATIONS | B | Dividend | K | T | | | | | |
| 547. VISA INC CL A (V) | A | Dividend | L | T | Sold (part) | 1/25/11 | K | A | |
| 548. VULCAN MATERIALS CO | A | Dividend | | | Sold (part) | 11/4/11 | J | A | |
| 549. VULCAN MATERIALS CO | | | | | Sold (part) | 11/7/11 | K | A | |
| 550. VULCAN MATERIALS CO | | | | | Sold | 11/8/11 | J | A | |
| 551. WEATHERFORD INTL LTD | | None | | | Sold (part) | 12/19/11 | J | A | |
| 552. WEATHERFORD INTL LTD | | | | | Sold | 12/20/11 | K | A | |
| 553. WESTLANDS CA WTR DIST MBIA 5.25% 09-01-17 ▒ | D | Interest | M | T | | | | | |
| 554. ▒ Asset Acct. | | | | | | | | | |
| 555. Alameda Co CTFS 5.375% 12/1/16 | D | Interest | M | T | | | | | |
| 556. Aruba Network Service (X) | | None | L | T | | | | | |
| 557. Banning CA Sch Dist. 4.75% 8/1/23 | B | Interest | K | T | | | | | |
| 558. Berkeley CA Sch Dist. 3.875% 8/01/18 | D | Interest | M | T | | | | | |
| 559. Burbank CA Pub Fling 5.250% 12/1/17 | C | Interest | L | T | | | | | |
| 560. CA ST Dept Wtr 5.00% 5/1/21 | B | Interest | L | T | | | | | |
| 561. CA ed FACS 4.250% 10/1/18 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

WARDLAW, KIM M.

Date of Report

08/10/2012

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Cal ST GO 4.500% 8/01/26 | E | Interest | N | T | Buy | 7/12/11 | M | | |
| 563. Cal ST GO 4.500% 8/01/26 | | | | | Buy | 8/4/11 | M | | |
| 564. Cal ST GO 4.500% 8/01/26 | | | | | Buy | 8/18/11 | M | | |
| 565. CA St Pub Works 5.25% 6/1/20 | C | Interest | L | T | | | | | |
| 566. CA ST Pub Works 4.600% 12/1/20 | C | Interest | L | T | | | | | |
| 567. CA ST Pub Works 4.200% 5/1/19 | C | Interest | M | T | | | | | |
| 568. CA ST Pub Works 5.000% 6/1/18 | D | Interest | M | T | | | | | |
| 569. Chino Hills CA Tax Rev 4.25% 9/1/24 | B | Interest | L | T | | | | | |
| 570. Chula Vista CA Pub Fing 3.875% 9/1/17 | C | Interest | L | T | | | | | |
| 571. Coachella CA Sch Dist. 5.000% 8/1/19 | C | Interest | L | T | | | | | |
| 572. CSUCI Fing Auth 4.750% 9/1/14 | C | Interest | | | Sold | 9/1/11 | M | A | |
| 573. Delano CA Sch. Dist. 4.000% 2/1/25 | | None | M | T | Buy | 12/19/11 | M | | |
| 574. Desert CA Cmuty Coll. 5.00% 8/1/23 | B | Interest | L | T | | | | | |
| 575. Dublin CA Sch Dist. 4.125% 8/1/21 | D | Interest | M | T | | | | | |
| 576. East Bay CA Util Dist. 5.000% 6/1/18 | C | Interest | L | T | | | | | |
| 577. El Monte CA Sch Dist. 5.000% 6/1/22 | C | Interest | M | T | | | | | |
| 578. Escondido CA CTFS 4.250% 9/1/19 | D | Interest | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **WARDLAW, KIM M.**

Date of Report: 08/10/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. Fairfield CA Sch. Dist. 4.000% 8/7/27 | | None | L | T | Buy | 11/22/11 | L | | |
| 580. Fontana CA Pub Fing 4.000% 9/1/18 | D | Interest | M | T | | | | | |
| 581. Gilroy CAFing Auth. 4.000% 11/01/24 | C | Interest | M | T | Buy | 8/4/11 | M | | |
| 582. Hollister CA Fing Auth. 5.000% 6/01/25 | C | Interest | L | T | Buy | 3/23/11 | L | | |
| 583. Jefferson CA Sch Dist. 5.000% 8/1/26 | | None | M | T | Buy | 8/4/11 | M | | |
| 584. Lake Arrowhead CA Dist Wtr 4.500% 10/1/26 | B | Interest | L | T | Buy | 8/4/11 | L | | |
| 585. Liberty CA High Sch. 4.250% 8/1/26 | A | Interest | L | T | Buy | 7/12/11 | L | | |
| 586. Lincoln CA Sch Dist. 4.500% 8/1/19 | D | Interest | M | T | | | | | |
| 587. Los Angeles CA Sch Dist. 4.50% 7/1/22 | B | Interest | L | T | | | | | |
| 588. Madera Co CTFS 4.250% 8/1/22 | C | Interest | L | T | | | | | |
| 589. Montclair CA Fing Auth 3.875% 10/1/16 | C | Interest | M | T | | | | | |
| 590. Mountain View CA High School 4.125% 8/1/16 | D | Interest | M | T | | | | | |
| 591. Napa Co CTFS 3.600% 2/1/17 | D | Interest | M | T | | | | | |
| 592. Newport CA Sch Dist 5.000% 8/1/17 | D | Interest | | | Sold | 7/12/11 | M | A | |
| 593. Oxnard CA Fing Auth. 4.750% 6/1/24 | C | Interest | M | T | Buy | 8/4/11 | M | | |
| 594. Palmdale CA Redev Agy 3.800% 9/1/16 | D | Interest | M | T | | | | | |
| 595. Palm Desert CTFS 5.00% 4/01/22 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Pasadena CA Elec Rev 5.000% 6/1/16 | D | Interest | M | T | | | | | |
| 597. Port Oakland CA Rev Ref 5.00% 11/01/21 | B | Interest | L | T | | | | | |
| 598. Redlands CA Sch Dist. 5.000% 7/1/25 | | None | M | T | Buy | 8/19/11 | M | | |
| 599. Riverside Co CTFS 3.875% 11/1/14 | C | Interest | M | T | | | | | |
| 600. Sacramento CA Util Dist 5.000% 5/15/14 | D | Interest | M | T | | | | | |
| 601. Sacramento CA CTFS 5.000% 12/01/21 | B | Interest | K | T | | | | | |
| 602. Salinas CA CTFS 4.500% 9/1/20 | C | Interest | M | T | | | | | |
| 603. San Diego Co Wtr Auth 4.000% 5/1/20 | D | Interest | M | T | | | | | |
| 604. San Juan Capistrano Co Fing Auth 4.000% 12/1/17 | C | Interest | M | T | | | | | |
| 605. Santa Clara CA Sch Dist 3.500% 7/1/24 | | None | M | T | Buy | 8/4/11 | M | | |
| 606. Santa Cruz Co CTFS 3.875% 8/1/16 | D | Interest | M | T | | | | | |
| 607. Santa Cruz Co CTFS 4.200% 8/1/19 | C | Interest | L | T | | | | | |
| 608. Santa Rosa CA Sch Dist 3.800% 8/1/17 | C | Interest | L | T | | | | | |
| 609. So Cal Logistics 4.125% 12/1/20 | C | Interest | L | T | | | | | |
| 610. So CA Pub Pwr Auth 5.150% 7/1/15 | D | Interest | M | T | | | | | |
| 611. So CA Pub Pwr Auth 5.250% 1/1/20 | D | Interest | | | Sold | 12/19/11 | L | A | |
| 612. So Gate CA fing Auth 5.250% 9/1/19 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Stockton CA Sch Dist 5.000% 8/1/24 | C | Interest | L | T | | | | | |
| 614. The Pantry common stock | | None | K | T | | | | | |
| 615. Tracy CA Jt Powers 4.200% 9/2/17 | B | Interest | K | T | | | | | |
| 616. Turlock CA Pub Fing 4.300% 9/15/16 | B | Interest | K | T | | | | | |
| 617. Western Riverside WTR 4.250% 9/1/21 | C | Interest | L | T | | | | | |
| 618. Yountville CA Fin Auth 4.375% 10/1/24 | B | Interest | L | T | | | | | |
| 619. MS Bank Deposit | A | Interest | J | T | | | | | |
| 620. FS Equity Partners IV | | | | | | | | | |
| 621. Sur La Table | | None | M | U | Sold (part) | 8/2/11 | P1 | G | |
| 622. Ross-Simmons | | None | M | U | Sold (part) | 8/2/11 | K | D | |
| 623. FS Equity Partners V | | | | | | | | | |
| 624. Winebow Inc common stock | | None | | | Sold | 12/23/11 | P1 | H1 | |
| 625. N.E.W. Companies common stock | G | Dividend | M | U | | | | | |
| 626. H.H. Gregg Inc common stock | | None | N | U | | | | | |
| 627. Bright Now Inc common stock | | None | N | U | | | | | |
| 628. Mattress Giant Corp common stock | | None | M | U | Buy | 1/21/11 | K | | |
| 629. Savers Inc common stock | | None | N | U | Buy | 1/21/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

WARDLAW, KIM M.

08/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. PETCO Animal Supply common stock | G | Dividend | N | U | | | | | |
| 631. El Polo Loco Inc common stock | | None | N | U | Buy | 7/7/11 | K | | |
| 632. FS Equity Partners VI | | | | | | | | | |
| 633. Paradies Holdings common stock | | None | N | U | | | | | |
| 634. BECO Holding Co common stock | | None | O | U | | | | | |
| 635. Floor and Decor common stock | | None | O | U | | | | | |
| 636. Boot Barn common stock | | None | N | U | Buy | 12/5/11 | N | | |
| 637. First Watch common stock | | None | N | U | Buy | 12/13/11 | N | | |
| 638. Riordan Venture Assoc. (L.P. Inc.) | | | | | | | | | |
| 639. RLH Silversado Dividend Pref. Stock debt | A | Interest | K | U | | | | | |
| 640. Cymetrix Corp commont stock | | None | J | U | | | | | |
| 641. Con-Cise Lens Co commont stock | | None | J | U | | | | | |
| 642. Saebro Inc common stock | | None | J | U | | | | | |
| 643. Maxit common stock | | None | K | U | | | | | |
| 644. Triple 7 Group common stock | | None | J | U | | | | | |
| 645. TW Holdings common stock | | None | J | U | | | | | |
| 646. Cyber Coders Holdings common stock | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Creative Circle preferred and common stock | | None | J | U | | | | | |
| 648. Apothecary Shops preferred stock | | None | J | U | | | | | |
| 649. Secure Mission Solutions LLC | | None | K | U | | | | | |
| 650. ONE Industries common stock | | None | J | U | | | | | |
| 651. Bluewolf Group LLC | | None | K | U | Buy | 10/21/11 | K | | |
| 652. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 653. Retire Accts (401k-profit) | | | | | | | | | |
| 654. Invesco Pacific Growth Fund | A | Dividend | L | T | | | | | |
| 655. MSDW Liquit Asset Account Trust Fund | A | Dividend | K | T | | | | | |
| 656. Hewlett Packard common stock | A | Dividend | K | T | | | | | |
| 657. Procter & Gamble common stock | C | Dividend | M | T | | | | | |
| 658. CVS Corp. common stock | A | Dividend | K | T | | | | | |
| 659. Altria Group common stock | A | Dividend | K | T | | | | | |
| 660. Cisco Sys common stock | A | Dividend | J | T | | | | | |
| 661. Kraft Foods Inc common stock | A | Dividend | J | T | | | | | |
| 662. Philip Morris | B | Dividend | K | T | | | | | |
| 663. Invesco Div. Growth Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

WARDLAW, KIM M.

08/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. American Funds New World Fund | C | Dividend | N | T | Buy | 1/20/11 | L | | |
| 665. R&M Encelle Partners (Partnership Interest) | | None | K | U | | | | | |
| 666. Trust #3 ( | | | | | | | | | |
| 667. General Elec common stock | A | Dividend | J | T | | | | | |
| 668. American Funds New World Fund | A | Dividend | J | T | | | | | |
| 669. TRUST #4 | | | | | | | | | |
| 670. American Funds Capital Core Municipal Fund | A | Dividend | K | T | | | | | |
| 671. American Funds Capital Income Builder Inc CL F2 | B | Dividend | K | T | Buy | 12/20/11 | J | | |
| 672. American Funds Capital World Growth & Income Fund CL F2 | B | Dividend | K | T | Buy | 2/15/11 | J | | |
| 673. American Funds Capital World Growth & Income Fund CL F2 | | | | | Sold (part) | 7/27/11 | J | A | |
| 674. American Funds EuroPacific Growth Fund CL F2 | A | Dividend | K | T | | | | | |
| 675. American Funds Fundamental Investors Inc CL F2 | B | Dividend | L | T | | | | | |
| 676. American Funds Fundamental Investors Inc CL F2 | | | | | Sold (part) | 1/27/11 | J | A | |
| 677. American Funds Fundamental Investors Inc CL F2 | | | | | Sold (part) | 4/28/11 | J | A | |
| 678. American Funds Fundamental Investors Inc CL F2 | | | | | Sold (part) | 10/26/11 | J | A | |
| 679. American Funds Growth Fund of America Inc CL R5 | A | Dividend | K | T | Buy | 2/15/11 | J | | |
| 680. American Funds Investment Company of America CL F2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

WARDLAW, KIM M.

08/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. American Funds New Perspective Fund CL F2 | A | Dividend | K | T | | | | | |
| 682. American Funds New World Fund CL F2 | A | Dividend | K | T | | | | | |
| 683. American Funds SmallCap World Fund CL F2 | A | Dividend | J | T | | | | | |
| 684. American Funds Cash Mgmt Trust of America | A | Dividend | J | T | | | | | |
| 685. Trust #5 | | | | | | | | | |
| 686. American Funds Capital Core Municipal Fund | A | Dividend | K | T | | | | | |
| 687. American Funds Capital Income Builder Inc CL R5 | B | Dividend | K | T | Buy | 12/20/11 | J | | |
| 688. American Funds Capital World Growth & Income FD CL F2 | B | Dividend | K | T | Buy | 2/15/11 | J | | |
| 689. American Funds Capital World Growth & Income Fund CL F2 | | | | | Sold (part) | 7/27/11 | J | A | |
| 690. American Funds EuroPacific Growth Fund CL F2 | A | Dividend | K | T | | | | | |
| 691. American Funds Fundamental Investors Inc CL F2 | B | Dividend | L | T | | | | | |
| 692. American Funds Fundamental Investors Inc CL F2 | | | | | Sold (part) | 1/27/11 | J | A | |
| 693. American Funds Fundamental Investors Inc CL F2 | | | | | Sold (part) | 4/28/11 | J | A | |
| 694. American Funds Fundamental Investors Inc CL F2 | | | | | Sold (part) | 10/26/11 | J | A | |
| 695. American Funds Growth Fund of America Inc CL R5 | A | Dividend | K | T | Buy | 2/15/11 | J | | |
| 696. American Funds Investment Company of America CL F2 | A | Dividend | K | T | | | | | |
| 697. American Funds New Perspective Fund CL F2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

WARDLAW, KIM M.

08/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. American Funds New World Fund CL F2 | A | Dividend | K | T | | | | | |
| 699. American Funds SmallCap World Fund CL F2 | A | Dividend | J | T | | | | | |
| 700. American Funds Cash Mgmt Trust of America | A | Dividend | J | T | | | | | |
| 701. Trust #6 | | | | | | | | | |
| 702. Invesco Dividend Growth | A | Dividend | K | T | | | | | |
| 703. American Funds New World Fund | C | Dividend | N | T | | | | | |
| 704. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 705. Winebow Inc common stock | | None | | | Sold | 12/23/11 | M | G | |
| 706. N.E.W. Companies common stock | C | Dividend | J | U | | | | | |
| 707. HH Gregg Inc common stock | | None | J | U | | | | | |
| 708. Bright Now Inc common stock | | None | J | U | | | | | |
| 709. Mattress Giant Corp common stock | | None | J | U | Buy | 1/21/11 | J | | |
| 710. Savers Inc common stock | | None | J | U | Buy | 1/21/11 | J | | |
| 711. PETCO Animal Supply common stock | | None | J | U | | | | | |
| 712. El Pollo Loco common stock | | None | J | U | Buy | 7/7/11 | J | | |
| 713. American Funds Capital California Core Municipal Fund | A | Dividend | K | T | Buy | 2/15/11 | J | | |
| 714. American Funds Capital Core Municipal Fund | A | Dividend | K | T | Buy | 2/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. American Funds Capital Income Builder Inc CL F2 | D | Dividend | M | T | Buy | 2/15/11 | J | | |
| 716. American Funds Capital Income Builder Inc CL F2 | | | | | Buy | 12/20/11 | J | | |
| 717. American Funds Capital World Growth & Income Fund CL F2 | A | Dividend | K | T | Buy | 2/15/11 | J | | |
| 718. American Funds EuroPacific Growth Fund CL F2 | B | Dividend | M | T | Buy | 2/15/11 | J | | |
| 719. American Funds Fundamental Investors Inc CL F2 | B | Dividend | L | T | | | | | |
| 720. American Funds Growth Fund of America Inc CL R5 | B | Dividend | M | T | | | | | |
| 721. American Funds Investment Company of America CL F2 | C | Dividend | M | T | | | | | |
| 722. American Funds New Perspective Fund CL F2 | A | Dividend | K | T | | | | | |
| 723. American Funds New World Fund CL F2 | B | Dividend | M | T | Buy | 2/15/11 | J | | |
| 724. American Funds New World Fund CL F2 | | | | | Sold (part) | 4/28/11 | J | A | |
| 725. American Funds New World Fund CL F2 | | | | | Sold (part) | 7/5/11 | J | A | |
| 726. American Funds New World Fund CL F2 | | | | | Sold (part) | 7/28/11 | J | A | |
| 727. American Funds SmallCap World Fund CL F2 | A | Dividend | K | T | | | | | |
| 728. American Funds Cash Mgmt Trust of America | A | Dividend | K | T | | | | | |
| 729. Trust #7 ▓ | | | | | | | | | |
| 730. Invesco Dividend Growth | A | Dividend | K | T | | | | | |
| 731. American Funds New World Fund | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 733. Winebow Inc common stock | | None | | | Sold | 12/23/11 | M | G | |
| 734. N.E.W. Companies common stock | C | Dividend | J | U | | | | | |
| 735. HH Gregg Inc common stock | | None | J | U | | | | | |
| 736. Bright Now Inc common stock | | None | J | U | | | | | |
| 737. Mattress Giant Corp common stock | | None | J | U | Buy | 1/21/11 | J | | |
| 738. Savers Inc common stock | | None | J | U | Buy | 1/21/11 | J | | |
| 739. PETCO Animal Supply common stock | | None | J | U | | | | | |
| 740. El Pollo Loco common stock | | None | J | U | Buy | 7/7/11 | J | | |
| 741. American Funds Capital California Core Muni Fund | A | Dividend | K | T | Buy | 2/15/11 | J | | |
| 742. American Funds Capital Core Municipal Fund | A | Dividend | K | T | Buy | 2/15/11 | J | | |
| 743. American Funds Capital Income Builder Inc CL F2 | D | Dividend | M | T | Buy | 2/15/11 | J | | |
| 744. American Funds Capital Income Builder Inc CL F2 | | | | | Buy | 12/20/11 | J | | |
| 745. American Funds Capital World Growth & Income Fund CL F2 | A | Dividend | K | T | Buy | 2/15/11 | J | | |
| 746. American Funds EuroPacific Growth Fund CL F2 | B | Dividend | M | T | Buy | 2/15/11 | J | | |
| 747. American Funds Fundamental Investors Inc CL F2 | B | Dividend | L | T | | | | | |
| 748. American Funds Growth Fund of America Inc CL R5 | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

WARDLAW, KIM M.

08/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. American Funds Investment Company of America CL F2 | C | Dividend | M | T | | | | | |
| 750. American Funds New Perspective Fund CL F2 | A | Dividend | K | T | | | | | |
| 751. American Funds New World Fund CL F2 | B | Dividend | M | T | Buy | 2/15/11 | J | | |
| 752. American Funds New World Fund CL F2 | | | | | Sold (part) | 4/28/11 | J | A | |
| 753. American Funds New World Fund CL F2 | | | | | Sold (part) | 7/5/11 | J | A | |
| 754. American Funds New World Fund CL F2 | | | | | Sold (part) | 7/28/11 | J | A | |
| 755. American Funds SmallCap World Fund CL F2 | A | Dividend | K | T | | | | | |
| 756. American Funds Cash Mgmt Trust of America | A | Dividend | K | T | | | | | |
| 757. Real Estate Partnership - Lau | | None | M | U | | | | | |
| 758. Real Estate Partnership - W.O. | | None | M | U | Buy | 1/10/11 | K | | |
| 759. Real Estate Partnership - Lau W | | None | L | U | Buy | 6/2/11 | L | | |
| 760. Dorset Capital Partnership Invest | A | Interest | L | U | | | | | |
| 761. Citibank Money Market Fund | C | Interest | N | T | | | | | |
| 762. Citibank Checking | A | Interest | L | T | | | | | |
| 763. Citibank Checking | A | Interest | O | T | | | | | |
| 764. Fargo Investment Partnership (Y) | | None | M | U | Sold (part) | 7/18/11 | J | A | |
| 765. Fargo Investment Partnership | | | | | Sold (part) | 12/6/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766.　Bulldog Partners I | | None | J | U | | | | | |
| 767.　Bulldog Partners II | | None | J | U | | | | | |
| 768.　Regents Banshares | C | Interest | M | U | | | | | |
| 769.　JRK Multifamily LP | | None | L | U | Buy | 5/10/11 | K | | |
| 770.　Clean Diesel Tech, Inc. Common Stock | | None | J | U | | | | | |
| 771.　Urban Housing Investment Fund | | None | L | U | Buy | 5/12/11 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

**WARDLAW, KIM M.**

Date of Report

08/10/2012

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1, IRA covers line 2 through 7

Line 8, Trust 1 covers line 9

Line 10, _____ Pension Acct (IRA) covers line 11 through 67

Line 68, Capital Trust Account covers line 69 through 553

Line 554, _____ Asset Acct covers line 555 through 618

Line 619, MS Bank Deposit covers line 619

Line 620, FS Equity Partners IV covers line 621 through 622

Line 623, FS Equity Partners V covers line 624 through 631

Line 632, FS Equity Partners VI covers line 633 through 637

Line 638, Riordan Venture Assoc. (L.P. Int.) covers line 639 through 651

Line 652, Bistro 45 common stock covers line 652

Line 653, ___ Retire Accts (401k-profit) covers line 654 through 664

Line 665, R&M Encelle Partners (Partnership Interest) covers line 665

Line 666, Trust #3 _____ covers line 667 through 668

Line 669, Trust #4 _____ covers line 670 through 684

Line 685, Trust #5 _____ covers line 686 through 700

Line 701, Trust #6 _____ covers line 702 through 728

Line 729, Trust #7 _____ covers line 730 through 756

Line 757, Real Estate Partnership - Lau, covers line 757

Line 758, Real Estate Partnership - W.O., covers line 758

Line 759, Real Estate Partnership - Lau W, covers line 759

Line 760, Dorset Capital Partnership Invest covers line 760

Line 761, Citibank Money Market Fund covers line 761

Line 762, Citibank Checking covers line 762

Line 763, Citibank Checking covers line 763

Line 764, Fargo Investment Partnership covers line 764 through 765

Line 766, Bulldog Partners I, covers line 766

Line 767, Bulldog Partners II, covers line 767

Line 768, Regents Banshares, covers line 768

Line 769, JRK Multifamily LP covers line 769

Line 770, Clean Diesel Tech, Inc. Common Stock covers line 770

Line 771, Urban Housing Investment Fund line 771

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WARDLAW, KIM M. | 08/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*Note: Lines 386, 435 are stock splits. I could not show a stock split as there was no option under Column D(1).

| | Name of Person Reporting | Date of Report |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KIM M. WARDLAW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544